| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Leinenweber, Harry D. | 2. Court or Organization<br><br>U.S.D.C. (ILLINOIS NORTHERN) | 3. Date of Report<br><br>05/11/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT COURT JUDGE (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>Suite #1946<br>219 S. Dearborn Street<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Life Member | National Conference of Commissioners on Uniform State Laws |
| 2. Member, Board of Directors | Good Shepherd Manor, Momence, Illinois |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Leinenweber, Harry D.

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 05/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Illinois General Assembly Retirement | $13,356.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Dreyfus Florida Muni Money Market Fund - Director Fees |
| 2. 2009 | Deutsche Bank - Consulting Fees |
| 3. 2009 | Ryder Systems - Dirctor Fees |
| 4. 2009 | Dreyfus NJ Muni Bond Fund - Director Fees |
| 5. 2009 | Dreyfus NY Tax Exempt Bond Fund - Director Fees |
| 6. 2009 | Dreyfus Global Investing - Director Fees |
| 7. 2009 | Dreyfus Strategic World Investment Fund - Director Fees |
| 8. 2009 | Dreyfus Florida Intermediate Muni Bond Fund - Director Fees |
| 9. 2009 | The Coca-Cola Company - Consulting Fees |
| 10. 2009 | Dreyfus Investor GNMA Fund - Director Fees |
| 11. 2009 | Dreyfus 100% U.S. Treasury Short-Term Fund - Director Fee |
| 12. 2009 | Dreyfus 100% U.S. Treasury Intermediate Term Fund - Director Fees |
| 13. 2009 | Dreyfus 100% U.S. Treasury Money Market Fund - Director Fees |
| 14. 2009 | Procter & Gamble - Director Fees |
| 15. 2009 | AT&T Corporation - Director Fees |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 05/11/2010 |

| 16. 2009 | Office of Personnel Management - Congressional Retirement |
|---|---|
| 17. 2009 | Dreyfus Strategic Growth fund - Director Fees |
| 18. 2009 | Constellation Energy Group - Director Fees |
| 19. 2009 | Neiman Marcus - Residuals from Previous Directorship *See Section VIII for Additonal Comments. |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Deutsche Bank Latin American Advisory Board, New York, NY | March 25 - 26, 2009 | Sao Paulo, Brazil | Trip with ▓▓ | Travel, Lodging |
| 2. | Deutsche Bank, New York, NY | May 11 - 12, 2009 | Frankfurt, Germany | Trip with ▓▓ | Travel, Lodging |
| 3. | AT&T Corp., Dallas, TX | July 29 - 31, 2009 | Jackson Hole, Wyoming | Trip with ▓▓ | Travel, Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Leinenweber, Harry D. | 05/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ryder Systems | C | Dividend | | T | Grant | 05/01/09 | L | | *See Notes in Section VIII |
| 2. Ryder Systems, Inc. Stock Options Vested and Unexercised | | None | L | W | | | | | |
| 3. J.P. Morgan Chase (formerly Bank One) checking account | C | Interest | K | T | | | | | *See Notes in Section VIII |
| 4. J.P. Morgan Chase (formerly Bank One) checking account | C | Interest | J | T | | | | | *See Notes in Secton VIII |
| 5. J.P. Morgan Chase (formerly Bank One) savings account | C | Interest | L | T | | | | | *See Notes in Section VIII |
| 6. AT&T Common Stock | E | Dividend | O | T | Grant | 04/04/09 | L | | *See Notes in Section VIII |
| 7. Procter & Gamble Common Stock | C | Dividend | O | T | Grant | 02/08/09 | K | | *See Notes in Section VIII |
| 8. Procter & Gamble Common Stock Options Vested Unexercised | | None | M | W | | | | | |
| 9. J.P. Morgan Chase | A | Dividend | J | T | | | | | |
| 10. Insignia Bank | | None | K | W | | | | | |
| 11. Real Estate, Chicago, IL | | None | M | T | | | | | *See Notes in Section VIII |
| 12. Affiliated Network Services, L.L.C. | | None | | | Closed | 11/11/09 | J | | |
| 13. FMI Cust 403(b)(7) Acct. Northwestern Univ. Magellan Fund | B | Dividend | K | T | | | | | |
| 14. FMI Cust. 403(b)(7) Acct. Northwestern Univ. Overseas Fund | B | Dividend | K | T | | | | | |
| 15. FMI Cust. 403(b)(7) Acct. Northwester Univ. Puritan Fund | B | Dividend | K | T | | | | | |
| 16. J.M. Smuckers | A | Dividend | J | T | | | | | |
| 17. Constellation Energy Group | C | Dividend | M | T | Grant | 04/28/09 | L | | *See Notes in Section VIII |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northrup Grumman Corp. Stock Option Unexercised | | None | K | W | | | | | |
| 19. First Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 20. Dreyfus Premier China Fund | A | Dividend | K | T | | | | | |
| 21. USJWFL INDX 3.375% 01/12 | C | Interest | M | T | | | | | |
| 22. Vanguard Intermediate Term Corporate Fund | A | Dividend | | | Sold | 05/20/09 | K | A | |
| 23. Vanguard Short Term Corporate Fund | C | Interest | M | T | | | | | |
| 24. Third Avenue Small Cap Value Fund | A | Dividend | | | Sold | 02/19/09 | J | A | |
| 25. CGM Realty Fund | A | Dividend | | | Sold | 02/19/09 | K | A | |
| 26. JPMorgan High Yield Bond Fund | C | Dividend | L | T | Buy | 05/15/09 | L | | |
| 27. Pimco Total Retirement Fund | C | Dividend | N | T | Buy | 02/19/09 | M | | |
| 28. Pimco Commodity Real Retirement Stragtegic | A | Dividend | | | Sold | 02/19/09 | K | A | |
| 29. Pimco Foreign Bond Unhedged Fund | A | Dividend | M | T | | | | | |
| 30. Vanguard 500 Index Fund | A | Dividend | M | T | | | | | |
| 31. Vanguard Interim Term Inv. Grade Fund | A | Dividend | | | Sold | 05/20/09 | K | A | |
| 32. Royce Value Plus | B | Distribution | K | T | | | | | |
| 33. Liquidity Services, Inc. | | None | | | Sold | 06/05/09 | J | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 05/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

III. - B. Spouse's Non-Investment Income

19.        was a former director of the parent company of Neiman Marcus.     receives a discount for retail purchases.

VII. - Investment and Trusts.

1.      received in lieu of partial Director Compensation a grant of stock-based units. (Redeemable at a later date as shares of stock on a one-for-one basis.)

3. This J.P. Morgan Chase account is a personal checking account. Deposits and withdrawals are made throughout the year.

4. This J.P. Morgan Chase account is a personal checking account. Deposits and withdrawals are made throughout the year.

5. This J.P. Morgan Chase account is a personal savings account. Deposits and withdrawals are made throughout the year.

6.      received a grant of shares as partial Director compensation.

7.      received a grant of shares as partial compensation as a non-employee member of the Board of Directors.

11. Real Estate was sold on a four-year contract.

17.      received a grant of stock as partial compensation as a non-employee member of the Board of Directors.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signed

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544